IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| PAUL SWEARINGEN AS THE SPECIAL ADMINISTRATOR OF THE ESTATE OF KEISHAWN OMAR MCMANUS,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, BRIAN STIRLING in his official capacity as Head of South Carolina Department of Corrections, AARON JOYNER individually and/or in his official capacity as warden of Lee Correctional Institution, CHARLES WILLIAMS, JR, individually and/or in his official capacity as warden of Perry Correctional Institution, JOHN DOE individually and/or in his official capacity as a correctional officer at Perry Correctional Institution, and JANE DOE, individually and/or in her official capacity as a nurse at Perry Correctional Institution,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-1446-JFA-SVH<br><br>**CONSENT ORDER SUBSTITUTING PLAINTIFF** |

This matter comes before me upon motion of counsel for Plaintiff Paul Swearingen as the Special Administrator of the Estate of Keishawn Omar McManus by and with the consent of counsel for all other parties to this matter, for an Order substituting the plaintiff in this matter to Deanna E. Shaw as the Personal Representative of the Estate of Keishawn Omar McManus.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff in this matter is substituted to Deanna E. Shaw as Personal Representative of the Estate of Keishawn Omar McManus. No party is required to re-plead or re-serve any pleading previously served in this matter.

AND IT IS SO ORDERED.

Shiva V. Hodges
United States Magistrate Judge

Dated: July 14, 2020
Columbia, South Carolina